Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-365-521

**Effective Date of Registration:**
October 06, 2023
**Registration Decision Date:**
October 12, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Into her book |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | March 14, 2009 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Richard Hendrik Beerhorst |
| Pseudonym: | Rick Beerhorst |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Richard Hendrik Beerhorst |
| | 85 Boulevard Voltaire, Paris, 75011, France |

## Rights and Permissions

| | |
|---|---|
| Name: | Richard Hendrik Beerhorst |
| Email: | rickbeerhorst@icloud.com |
| Address: | 85 Boulevard Voltaire |
| | Paris France |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | October 06, 2023 |

Page 1 of 2

