**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHARD HENDRIK BEERHORST,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:24-cv-00837

Judge Lindsay C. Jenkins

Magistrate Judge Jeffrey Cole

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Richard Hendrik Beerhorst, ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Richard Hendrik Beerhorst and any email addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on February 9, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Order [17], Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Temu, LLC ("Temu"),

and ContextLogic, Inc. d/b/a Wish.com ("WISH") marketplaces, as identified in Exhibit 2 to the Declaration of Richard Hendrik Beerhorst as being related to the defendants.

4.      I hereby certify that on or before February 9, 2024, I electronically published the Complaint, TRO, Order [17], and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction, on said website.

5.      I hereby certify that on February 9, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Order [17], Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, eBay, PayPal, Temu, and Walmart marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2024.


                                        /s/ Keith A. Vogt
                                        Keith A. Vogt
                                        *Counsel for Plaintiff*

2