# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RICHARD HENDRIK BEEERHORST,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00837

Judge Lindsay C. Jenkins

Magistrate Judge Jeffrey Cole

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Court's Minute Entry Order [23] was sent to Defendants on February 12, 2024, by sending an email to Defendants' email addresses, which were provided to Plaintiff by third parties.

    Executed on February 12, 2024.

    */s/ Keith A. Vogt*
    Keith A. Vogt, Esq
    ***ATTORNEY FOR PLAINTIFF***

DATED: February 12, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***