**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHARD HENDRIK BEERHORST,

     Plaintiff,                              Case No.:  1:24-cv-00837

v.                                       Judge Lindsay C. Jenkins

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeffrey Cole
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 12 | Volksea |
| 38 | Luckin Tin Sign |

DATED:  March 12, 2024                     Respectfully submitted,

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt (Bar No. 6207971)
                                              Keith Vogt, Ltd.
                                              33 W. Jackson Blvd., #2W
                                              Chicago, Illinois 60604
                                              Telephone:312-971-6752
                                              E-mail: keith@vogtip.com

                                              ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 12, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt